ACCEPTED
15-25-00145-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/30/2025 3:45 PM
CHRISTOPHER A. PRINE
CLERK

Cause No. D-1-GN-24-005004

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/30/2025 3:45:50 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| THE NEIMAN MARCUS GROUP, LLC, | § | IN THE DISTRICT COURT |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | TRAVIS COUNTY, TEXAS |
| KELLY HANCOCK, ACTING TEXAS | § | |
| COMPTROLLER OF PUBLIC | § | |
| ACCOUNTS, | § | |
| *Defendants.* | § | 200TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE REGARDING PAYMENT FOR RECORDS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Kelly Hancock, Acting Texas Comptroller of Public Accounts (Defendant), submits this notice regarding the payment of records from the district clerk and court reporter as requested by this Court. Payment has been issued and sent for each the clerk's record and reporter's record.

Attached as Exhibit A is a copy of the warrant (check) with the certified receipt mailed to the Travis County District Clerk on September 19, 2025. Also included is the United States Postal Service tracking confirmation. Exhibit B is a copy of the check with the certified receipt mailed to Michelle Wiliamson, the court reporter, on September 19, 2025. Also included is the United States Postal Service tracking confirmation.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

*The Neiman Marcus Group, LLC v. Kelly Hancock, Acting Texas Comptroller of Public Accounts.*

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General
Texas State Bar No. 24062894

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 979-5354
Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with Texas Rule of Civil Procedure 21a on this the September 30, 2025, to:

Sinead O'Carroll
State Bar No. 24013253
Reeves & Brightwell LLP
3103 Bee Cave Rd., Ste 240
Austin, TX 78746
Phone (512) 334-4500
Email socarroll@reevesbrightwell.com

Jameel S. Turner, jturner@baileycav.com
Ohio State Bar No. 0078251
John P. Miller, jmiller@baileycav.com
Ohio State Bar No. 0097161
Bailey Cavalier LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215

Phone (614) 224-3155
*Admitted Pro Hac Vice*
**Counsel for Plaintiffs**

/s/ *Terri M. Abernathy*

Terri M. Abernathy
Assistant Attorney General

# Exhibit A

# THE STATE OF TEXAS PAYMENT INFORMATION

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | DOCUMENT | INVOICE AMOUNT |
|---|---|---|---|---|
| D-1-GN-24-005004 | 09/09/2025 | EMERGENCY COURT COSTS | 90111991 | 26.90 |

ISSUE DATE:    09/15/2025                                              WARRANT TOTAL:        $26.90

PAYEE NUMBER: 1XXXXX43645    MAIL CODE: 005                            WARRANT NUMBER:      150762714

PAYEE NAME:    TRAVIS COUNTY DISTRICT CLERK

## — NON-NEGOTIABLE —

**For questions about this payment or to sign up for Direct Deposit, please contact your paying agency:**

OFFICE OF THE ATTORNEY GENERAL                                        512-936-1370

```
WOULD YOU LIKE TO VIEW:
   - Your state payments on a Comptroller web application?
   - Payment remittance information, payment history and download a report?
   - The phone number and contact information of the paying agency?
   - Receive email alerts when a state payment is issued to you?

This information is available on SEARCH STATE PAYMENTS ISSUED (SSPI).
   - Go to COMPTROLLER.TEXAS.GOV to view video tutorials.
   - Below the heading "Business Center," select "Webfile Help Videos."
   - Below "Individual Videos," select "Create a User Profile" and "Navigate
     the Webfile/eSystems Home Page."
SSPI instructions:  https://fmx.cpa.texas.gov/fm/pubs/payment/ssdi

Also consider enrolling in direct deposit. It's easy, fast and secure.
Contact the paying agency named on this payment stub to sign up.
```

▼ *Detach here before depositing* ▼



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

TREASURY WARRANT NO.
150762714

SEPTEMBER 16, 2025

091525    1XXXXX43645    005        0    302    90111991
PAYING AGENCY 512-936-1370    OFFICE OF THE ATTORNEY GENERAL

Pay  TWENTY SIX DOLLARS AND 90/100                                     $        26.90

To    TRAVIS COUNTY DISTRICT CLERK
      PO BOX 679003
      AUSTIN, TX  78767-9003

Kelly Hancock
Acting Comptroller of Public Accounts

VOID AFTER 08/31/2028

⑈"304"⑈ ⑆:114900164: ⑈"150762714"⑈

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travis County District Court Clerk
PO Box 679002, Austin TX 78767-9003

9590 9402 6993 1225 5224 46

2. Article Number *(Transfer from service label)*

7012 1010 0003 4552 6010

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt


# USPS Tracking®

 **Track Packages Anytime, Anywhere**    Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

Remove ✕

**Tracking Number:**

## 70121010000345526010

☐ Copy          🏃 Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 9:07 am on September 24, 2025 in AUSTIN, TX 78701.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✅ **Delivered**

**Delivered, Individual Picked Up at Post Office**

AUSTIN, TX 78701
September 24, 2025, 9:07 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates          ⌄

USPS Tracking Plus®          ⌄

Product Information          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers          🔍

## Need More Help?

Feedback

Exhibit B

# THE STATE OF TEXAS PAYMENT INFORMATION

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | DOCUMENT | INVOICE AMOUNT |
|---|---|---|---|---|
| D-1-GN-24-005004 | 09/10/2025 | EMERGENCY COURT COSTS | 90111488 | 675.00 |

ISSUE DATE: 09/15/2025

PAYEE NUMBER: 7XXXXX16146    MAIL CODE: 002

PAYEE NAME:    MICHELLE WILLIAMSON

WARRANT TOTAL:        $675.00

WARRANT NUMBER:       150762712

— NON-NEGOTIABLE —

*For questions about this payment or to sign up for Direct Deposit, please contact your paying agency:*

OFFICE OF THE ATTORNEY GENERAL                                    512-936-1370

WOULD YOU LIKE TO VIEW:
- Your state payments on a Comptroller web application?
- Payment remittance information, payment history and download a report?
- The phone number and contact information of the paying agency?
- Receive email alerts when a state payment is issued to you?

This information is available on SEARCH STATE PAYMENTS ISSUED (SSPI).
- Go to COMPTROLLER.TEXAS.GOV to view video tutorials.
- Below the heading "Business Center," select "Webfile Help Videos."
- Below "Individual Videos," select "Create a User Profile" and "Navigate the Webfile/eSystems Home Page."

SSPI instructions: https://fmx.cpa.texas.gov/fm/pubs/payment/ssdi

Also consider enrolling in direct deposit. It's easy, fast and secure. Contact the paying agency named on this payment stub to sign up.

▼ *Detach here before depositing* ▼



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

TREASURY WARRANT NO.
150762712

SEPTEMBER 16, 2025

091525    7XXXXX16146    002        0    302    90111488
PAYING AGENCY 512-936-1370  OFFICE OF THE ATTORNEY GENERAL

Pay  SIX HUNDRED SEVENTY FIVE DOLLARS AND 00/100                    $        675.00

To    MICHELLE WILLIAMSON
      BOX 113
      166 HARGRAVES DR STE C400
      AUSTIN, TX  78737-4831

Kelly Hancock
Acting Comptroller of Public Accounts

VOID AFTER 08/31/2028

⑈304⑈ ⑆114900164⑆ ⑈150762712⑈

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Michelle Williamson

   Box 113

   166 Hargraves Dr. Ste C400

   C400

   Austin, Texas 78737-4831

   4831

   9590 9402 6993 1225 5224 53

2. Article Number *(Transfer from service label)*

   7012 1010 0003 4552 6003

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
      (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**USPS.COM®**    Quick Tools    Send    Receive    Shop    Business    International    Help

# USPS Tracking®

Tracking    /    FAQs >

 **Track Packages Anytime, Anywhere**    Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

Remove ✕

**Tracking Number:**

## 70121010000345526003

⧉ Copy    🏃 Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 3:31 pm on September 22, 2025 in AUSTIN, TX 78737.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Left with Individual**
AUSTIN, TX 78737
September 22, 2025, 3:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers    🔍

## Need More Help?

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106276146
Filing Code Description: Response
Filing Description: Response to CoA Payment for Records
Status as of 9/30/2025 3:51 PM CST

Associated Case Party: Kelly Hancock, Acting Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 9/30/2025 3:45:50 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 9/30/2025 3:45:50 PM | SENT |

Associated Case Party: The Neiman Marcus Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sinead O'Carroll | | socarroll@reevesbrightwell.com | 9/30/2025 3:45:50 PM | SENT |
| Jameel S.Turner | | jturner@baileycav.com | 9/30/2025 3:45:50 PM | SENT |
| Brittany P.Stephen | | bstephen@baileycav.com | 9/30/2025 3:45:50 PM | SENT |
| John P. Miller | | jmiller@baileycav.com | 9/30/2025 3:45:50 PM | SENT |